IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| *Plaintiff-Respondent* | } | |
| | } | |
| v. | } | CRIMINAL ACTION NO. H-00-30-2 |
| | } | CIVIL ACTION NO. H-03-2915 |
| VICTOR HUGO CASTRO, | } | |
| *Defendant-Petitioner* | } | |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Victor Hugo Castro's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is **DENIED** and his action is **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas, this 20th day of October, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE